No. D–2578. IN RE DISCIPLINE OF KRONEMYER. David Edward Kronemyer, of Los Angeles, Cal., is suspended from the

practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.